IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIAMOND ASSETS LLC,

          Plaintiff,

v.

E-TECH ASSET LLC,

          Defendant.

ORDER

18-cv-568-wmc

On July 20, 2018, plaintiff Diamond Assets LLC filed this lawsuit asserting claims under the Lanham Act and Wisconsin Common Law for unfair competition and trademark infringement. (*See* dkt. #1 ¶¶ 51-193.) With its complaint, plaintiff also filed a motion for preliminary injunction seeking to halt defendant's infringement of plaintiff's trademark and trade dress. (Dkt. #3.) Accordingly, IT IS ORDERED that:

1) Plaintiff promptly file proof of service of the summons, complaint, motion and supporting documents, as well as this order; and

2) Upon receipt of proof, the court will schedule a short scheduling conference to set appropriate deadlines for consideration of plaintiff's motion for a preliminary injunction.

Entered this 23d day of July, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge