IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIAMOND ASSETS LLC,

           Plaintiff,                  ORDER

v.

                                  18-cv-568-wmc

E-TECH ASSETS, LLC,

           Defendant.

A telephonic status conference was held today in the above-captioned matter; plaintiff appeared by attorney Garet Galster; defendant appeared by Cliff Kuehn. The court set the following schedule on plaintiff's motion for preliminary injunction:

- Response due from defendant to be served and filed on or before August 30, 2018.

- Reply due from plaintiff on any new matters raised by defendants to be served and filed on or before September 13, 2018.

- Hearing on preliminary injunction will be held at 10:00 a.m. on Friday, September 21 2018.

- Counsel for the parties shall consult and advise the court no later than Tuesday, September 18, 2018, whether they intend to call any witnesses at the hearing and, if so, who will be called.

Entered this 16th day of August, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge