IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIAMOND ASSETS LLC

    Plaintiff,

v.                                     Case Number: 18-cv-568

E-TECH ASSET LLC,

    Defendant.

## ORDER

Upon consideration of the joint motion of the parties, it is hereby ordered that:

1. Defendant E-Tech Asset LLC "E-Tech" is hereby preliminarily enjoined, for the duration of this action, from using in its marketing or advertising materials (including any website) any of the following (collectively "ETECH Marks") in connection with the advertising (including on the Internet), promotion, or rendering of Apple buy-back services:

    a. the E-Diamond Logo; 

    b. the ETECHASSETS mark;

    c. the ETECH*ASSETS* stylized mark; and/or

    d. the New ETECH Process.    

2. E-Tech is hereby preliminarily enjoined, for the duration of this action, from using in its marketing or advertising materials (including any website) any of the following (collectively "Diamond Marks") in connection with the advertising (including on the Internet), promotion, or rendering of Apple buy-back services:

a. the Diamond Logo; 

b. Diamond Service Mark; 

c. the DIAMONDASSETS Mark or DIAMOND*ASSETS* Stylized Mark; and/or

d. the Process Trade Dress. 

3. E-Tech is hereby preliminarily enjoined, for the duration of this action, from using in its marketing or advertising materials (including any website) any colorable imitation of any of the Diamond Marks, in connection with the advertising (including on the Internet), promotion, or rendering of Apple buy-back services.

4. To the extent that E-Tech is using any of the aforementioned ETECH Marks or Diamond Marks or colorable imitation of any of the Diamond Marks in its marketing or advertising materials (including any website), E-Tech shall cease such use by 11:59 PM Pacific Time, September 14, 2018.

Entered this 12th day of September, 2018.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge